JOHN WILLIAMS et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Williams* v. *City of New York*, 118 App. Div. 756, affirmed.
(Argued April 7, 1908; decided April 21, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1907, affirming a judgment in favor of defendant entered

542 MEMORANDA.

upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellants.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.